IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ADON CONSTRUCTION INC., a Hawaii Corporation; GREEN VISION LLC, a Hawaii Limited Liability Company,<br><br>    Plaintiffs,<br><br>  vs.<br><br>RENESOLA AMERICA INC.; KIVALU RAMANLAL; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE ENTITIES 1-10 and DOE GOVERNMENTAL ENTITIES 1-10,<br><br>    Defendants.<br>_____ | CIVIL NO. 16-00568 JAO-WRP<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART DEFENDANT RENESOLA AMERICA, INC.'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND NON-TAXABLE COSTS |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART DEFENDANT RENESOLA AMERICA, INC.'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND NON-TAXABLE COSTS

Findings and Recommendation having been filed and served on all parties on September 26, 2019, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to 28 U.S.C. § 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Grant in Part and Deny in Part Defendant Rensola America, Inc.'s Motion for an Award of Attorneys' Fees and Non-Taxable Costs," ECF No. 201, is adopted as the

opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaiʻi, October 15, 2019.

Jill A. Otake
United States District Judge

CIVIL NO. 16-00567 JAO-WRP; *ADON CONSTRUCTION, INC. V. RENESOLA AMERICA INC.*; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART DEFENDANT RENESOLA AMERICA, INC.'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND NON-TAXABLE COSTS

2